■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. LLOYD PENDELTON, Appellant, v CHARLES SCULLY, as Superintendent of Green Haven Correctional Facility, Respondent.—In a habeas corpus proceeding the petitioner appeals from a judgment of the Supreme Court, Dutchess County (Bernhard, J.), dated September 5, 1989, which dismissed the writ.

Ordered that the judgment is affirmed, without costs or disbursements.

We have reviewed the record and agree with the defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (see, Anders v California, 386 US 738; People v Paige, 54 AD2d 631; cf., People v Gonzalez, 47 NY2d 606). Mangano, P. J., Kunzeman, Kooper, Sullivan and O'Brien, JJ., concur.